

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

**Nels T. Lippert, Partner**
**212.216.1157 Direct Dial**
nlippert@tarterkrinsky.com

June 15, 2022

## MEMORANDUM ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/2022

**By ECF Only**
Hon. Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 2260
New York, New York 10007

Re: *Robert Turcotte d/b/a Premium Catalytic Converter Refining v. Global Refining Group, Inc.*, **Case No. 1:21-cv-009182-GHW**

Dear Judge Woods:

This office represents plaintiff, Robert Turcotte d/b/a Premium Catalytic Converter Refining ("Plaintiff"), in the above-referenced matter (the "Action"). Pursuant to Rule 1(A) and 1(E) of Your Honor's Individual Rules of Practice in Civil Cases (the "Individual Rules"), Plaintiff respectfully requests this Court adjourn the teleconference presently scheduled for June 21, 2022, at 4:00 pm (ECF #66) due to scheduling conflicts, as Plaintiff's counsel will be overseas. Counsel for defendant, Global Refining Group, Inc. consents to this request but has conveyed their unavailability from 1:00 pm – 1:30 pm on June 27th, June 28th, and June 30th.

In view of the foregoing, Plaintiff requests that the Court adjourn the June 21, 2022, teleconference to a late afternoon time during the week of June 27th or any time thereafter that would be acceptable to the Court. Plaintiff submits that this brief teleconference deadline would not impact any other deadlines in this Action.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Nels T. Lippert*
Nels T. Lippert

cc: All Counsel of Record (via ECF)

---

Application granted. The conference scheduled for June 21, 2022 is adjourned to July 7 at 4:30 p.m. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 67.

SO ORDERED.

Dated: June 15, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge