```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
ROBERT TURCOTTE, doing business as Premium                       :
Catalytic Converter Refining,                                    :
                                                                 :
                                              Plaintiff,         :
                                                                 :
                        -v -                                     :
                                                                 :
GLOBAL REFINING GROUP, INC.,                                     :
                                                                 :
                                              Defendant.         :
                                                                 :
---------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/2022

1:21-cv-9182-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On July 14, 2022, the parties filed a stipulated amended confidentiality agreement and proposed protective order. Dkt. No. 73. The parties failed to comply with the Court's Individual Rule 4(D), which requires, among other things, that the parties file the proposed protective order as an attachment to a cover letter and provide a blackline showing any deviations from the Court's Model Protective Order.

Accordingly, the Court DENIES the parties' request to endorse the proposed protective order.

SO ORDERED.

Dated: July 15, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge