UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                        :

ROBERT TURCOTTE, *doing business as Premium*  :
*Catalytic Converter Refining*,  :
                                                                          :  1:21-cv-9182-GHW
                                                 Plaintiff,  :
                                                                           :  <u>ORDER</u>
                                  -v -  :

GLOBAL REFINING GROUP, INC.,  :

                                                Defendant.  :
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/2022

GREGORY H. WOODS, United States District Judge:

      In the Court's order dated March 10, 2022, the parties were directed to review the Court's Individual Rule 2(C) regarding the submission of pre-motion letters. Dkt. No. 63. Pursuant to Individual Rule 2(C), pre-motion submissions are required for motions to compel. Individual Rule 2(C)(ii) directs counsel to submit a single, jointly composed letter describing their discovery dispute. Plaintiff did not file such a pre-motion submission before filing a motion to compel on July 25, 2022. Dkt. No. 78. Accordingly, that motion is denied without prejudice. If Plaintiff wishes to renew the motion at a later date, Plaintiff is directed to do so in compliance with the Court's Individual Rule 2(C).

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 78.

SO ORDERED.

Dated: July 26, 2022

                                                                GREGORY H. WOODS
                                                        United States District Judge