UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT TURCOTTE, D/B/A PREMIUM CATALYTIC CONVERTER REFINING,<br><br>　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>GLOBAL REFINING GROUP, INC.,<br><br>　　　　　　　　　　Defendant. | Case No. 1:21-cv-09182 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

　　　　IT IS HEREBY ORDERED that the parties shall appear for a status conference to discuss the anticipated bench trial in this action on **October 25, 2022, at 3:30 p.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.  IT IS FURTHER ORDERED that the bench trial in this action, as contemplated by Judge Woods' July 14, 2022 Order (ECF No. 74), shall commence on **February 13, 2023**, at 9:00 a.m., in the aforementioned courtroom.  All previously-scheduled deadlines remain in effect.

Dated:　October 4, 2022
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　*Jennifer Rochon*
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER L. ROCHON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge