UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT TURCOTTE, D/B/A PREMIUM
CATALYTIC CONVERTER REFINING,

        Plaintiff,

-against-

GLOBAL REFINING GROUP, INC.,

        Defendant.

Case No. 1:21-cv-09182 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of counsels' motion to withdraw as Plaintiff's attorney and corresponding papers.  ECF Nos. 85-87.  IT IS HEREBY ORDERED that Mr. Turcotte appear with counsel at the October 25, 2022 conference to discuss this motion with the Court.

Dated: October 13, 2022
      New York, New York

SO ORDERED.

*Jennifer Rochon*

JENNIFER L. ROCHON
United States District Judge