UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT TURCOTTE, D/B/A PREMIUM CATALYTIC CONVERTER REFINING,<br><br>      Plaintiff,<br><br> -against-<br><br>GLOBAL REFINING GROUP, INC.,<br><br>      Defendant. | Case No. 1:21-cv-09182 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Court is in receipt of the Clerk's Certificate of Default, dated December 7, 2022. ECF No. 94. IT IS HEREBY ORDERED that Defendant shall file a motion for default judgment as to its counterclaims, in accordance with the Court's Individual Rule 3(O), no later than **January 5, 2023**. As stated in the Court's Individual Rules, Defendant shall serve its motion and this Order on Plaintiff **within two weeks** of the filing of its motion for default judgment.

  In light of Plaintiff's failure to retain counsel or otherwise file a notice of appearance in this action, IT IS FURTHER ORDERED that the bench trial in this case, and all deadlines for the filing of pretrial submissions, are adjourned without date. Failure to retain counsel or file a notice of appearance in this case during the pending of the motion for a default judgment may result in dismissal of Plaintiff's claims for failure to prosecute.

Dated: December 19, 2022
   New York, New York

                     SO ORDERED.

                     *Jennifer Rochon*
                     JENNIFER L. ROCHON
                     United States District Judge