**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
GLOBAL REFINING GROUP, INC.,

                           Plaintiff,
                                                                                 21 **CIVIL** 532 (JLR) (BCM)

      -against-

PMD ANALYSIS INC. also known as
ANALYSE PMD INC., ROBERT TURCOTTE,
and MONICA ARMSTRONG,

                           Defendants.
-----------------------------------------------------------X
ROBERT TURCOTTE, D/B/A PREMIUM
CATALYTIC CONVERTER REFINING,

                           Plaintiff,                         21 **CIVIL** 9182 (JLR)(BCM)

      -against-                                                  **<u>JUDGMENT</u>**


GLOBAL REFINING GROUP, INC.,

                           Defendant.
-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated September 5, 2023, the Court has adopted the Report in its entirety. As to the Global Action, the following is ordered: i. Global's motion for a default judgment (21-cv-00532, ECF No. 155) is GRANTED; ii. Judgment on Counts I and VII of the FAC (for breach of the DTSA and the DMCA, respectively) is entered in favor of Global and against all three Defendants; Global is awarded $20,197,500 in statutory damages under the DMCA, which are assessed jointly and severally against all Defendants, together with post-judgment interest at the statutory rate; iv. Defendants, and all those acting in concert with

them, are permanently restrained and enjoined from collecting, reverse-engineering, copying, duplicating, sharing, re-posting, republishing (including to any website or social media account), or otherwise disseminating, whether in its original form or in a modified form, any data, information, or images obtained or derived from Global's website or from the App; v. Global's remaining claims in the action captioned 21-cv-00532 are DISMISSED. As to the Turcotte Action, Global's motion (21-cv-09812, ECF No. 98) is DENIED in part and GRANTED in part. Global's motion for default as to its counterclaims in the Turcotte Action is DENIED, and its motion for Rule 41(b) dismissal of the plaintiffs' claims in that action is GRANTED. All claims in the case captioned 21-cv-09812 are therefore DISMISSED. The lack of any timely objections, in light of the clear notice provided in the Report, precludes appellate review of this decision. See Frank, 968 F.2d at 300; Lee, 473 F. Supp. 2d at 436. Judgment is entered for Global consistent with the Order; accordingly, the cases are closed.

**Dated:** New York, New York
September 6, 2023

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** K. mango

**Deputy Clerk**